UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERKINS MANAGEMENT SERVICES COMPANY, INC., *et al.*,<br><br>Defendants. | Civil Action No. 17-cv-05839<br>District Judge Kocoras<br>Magistrate Judge Schenkier |

## AGREED MOTION TO ENTER CONSENT JUDGMENT AND ORDER

Plaintiffs United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees ("Plaintiffs") respectfully request that this Court enter the proposed Consent Judgment and Order, attached hereto as **Exhibit 1**, and in support state as follows:

1. Plaintiffs filed their Complaint against Defendants Perkins Management Services Company, Inc., Perkins Management Services Operations, LLC, Perkins Restaurant Development Company, LLC, N.M. Perkins Enterprises, Inc., Bolt Waste Management Services Company, Perkins Gourmet Food Products, Inc., Perkins Agricultural Corporation, Perkins Burger Ventures, LLC, PMSC Holdings, and Titan Food and Nutrition Services Company ("Defendants") on August 10, 2017.

2. The parties have reached a settlement of this litigation. Pursuant to the settlement agreement, Defendants have consented to judgment in the form of the Consent Judgment and Order executed by the parties. (*See* Ex. 1.)

3. Defendants consent to Plaintiffs moving this Court for entry of the Consent

1

Judgment and Order.

WHEREFORE, Plaintiffs respectfully request that the Court enter the attached Consent Judgment and Order and order judgment against the Defendants, jointly and severally.

    /s/ David Huffman-Gottschling
David Huffman-Gottschling, Esq.
davidhg@jbosh.com
JACOBS, BURNS, ORLOVE & HERNANDEZ
150 North Michigan Avenue, Suite 1000
Chicago, IL 60601
Phone: (312) 327-3443
Fax: (312) 726-3887

Jeffrey S. Endick, Esq.
jendick@slevinhart.com
Christopher M. Leins, Esq.
cleins@slevinhart.com
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W.,
Suite 450
Washington, DC 20036
Phone: (202) 797-8700
Fax: (202) 234-8231

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David Huffman-Gottschling, an attorney, certify that I caused a copy of the foregoing document to be served upon the following person, who has acted as the representative of all Defendants, by email and by first-class mail on October 13, 2017:

    Fred Lane, Chief Administrative Officer
Perkins Management Services Co.
P.O. Box 35549
Charlotte, NC 28235

flane@perkinsmanagement.com

    /s/ David Huffman-Gottschling
David Huffman-Gottschling